FILED

SEP 17 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

**Case No.** 5:26-CT-03283-BO
(To be filled out by Clerk's Office only)

Robert BALLARD

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0017263

# COMPLAINT

(*Pro Se* Prisoner)

-against-

Warden Waddell; Nurse Rogers; Domanick Smith
Sgt. Godley; Nurse Cenbron; Nurse Brewer

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)
- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Robert Ballard
Name

0017263
Prisoner ID #

Maury Correctional Institution
Place of Detention

PO Box 506
Institutional Address

Maury | NC | 28554
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee ☐ State ☐ Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Warden Waddell
Name

Warden
Current Job Title

PO Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: Nurse Rogers
Name

Nurse
Current Job Title

PO Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 3 Nurse S. Cenbron

Nurse
Job Title

PO Box 506
Maury NC 28554
Capacity in which being sued: Both

**Defendant(s) Continued**

Defendant 4: Domanich Smith
Name

Unit Manager
Current Job Title

P O Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5: Sgt Godley
Name

Sgt
Current Job Title

PO Box 506
Current Work Address

Maury | NC | 28554
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 6 Nurse Brewer

Nurse
Job Title

P O Box 506
Maury NC 28554

Defendant 7: Maury Medical Department - All nursing staff that worked Blue Unit during the time period of this incident

P O Box 506
Maury NC 28554

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Maury Correctional Institution

Date(s) of occurrence: Aug and Sept 2026

State which of your federal constitutional or federal statutory rights have been violated:

(1) Deliberate Indifference To medical care and needs

(2) Cruel and Unusual Punishment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

# STATEMENT of FACTS

I, plaintiff have been incontinent for at least the past 5 years. I have no feelings when I have To pass urine, it just comes out.

On 8-31-26 I informed Nurse S. Cenbron that I needed briefs, because I only had 1 pair left, I am incontinent and have been for several years, causing me to have To wear briefs so my urine does not go all over my clothing and bedding.

On 9-1-26 I again informed both shift Nurses that I needed briefs because I was out. On 9-2-26, my orderly Mark Landreth informed the officer on duty on day shift that I Needed a complete bed roll, sheets, blanket, and mattress cover because I had urinated in my bed. I also needed a new set of pants and that I needed briefs To wear To contain my urine from going all over my bed.

On 9-3-26 at about 8 Am I informed the officer on duty in Blue Unit F wing that my clothing and bedding needed to be Replaced because I had urinated all over my bed during The night and did not have briefs To wear because Medical would not give them To me.

Provider Raven Barnes had wrote an order for me to be provided 4 pairs of briefs per day. I had never in the past year ever had any problems obtaining briefs until now.

On 9-2-26 I was Taken to Main Medical to see a Heart Doctor on TV. My orderly Mark Landreth Told me That while there

Case 5:26-ct-03283-BO Document 1 Filed 09/17/26 Page 6 of 13

I urinated all over my self - soaking my clothing with urine because I have been denied breifs by Nurses in Medical. I have been wearing breifs for several years, all of a sudden I am not receiving them - While I was at Main Medical I asked Provider Barnes about getting breifs - She said she had ordered them and I should be receiving them. I informed her I was not getting them.

My orderly Took me back To Blue Unit, I was soaked in urine. Finally I was given a bed roll, 2 sheets, mattress cover and 1 pr of pants but No breifs.

On 9-3-26 I spoke 3 different Times to Mr. Smith, Unit Manager about the issue of not having breifs, my bed being wet with urine and my pants being soaked with urine. He informed me he would Take care of the situation and get what I needed. I was sitting in my wheelchair in front of the day room with my orderly when Sgt Godley came by and threatened to pepper spray both of us because he said we were sitting there demanding. Neither one of us had said one single word at that Time. My orderly Tried to explain why we were sitting there because we were waiting for clothing, bedding and breifs that Unit Manager Smith said he was getting for me. This Sgt left and came back with Unit Manager Smith and another officer yelling at us again. Unit Manager Smith again assured me my stuff, clothing, bedding and breifs were on the way.

Unit Manager Smith left and went home at 630PM I still was sitting and/or laying in a bed soaked in urine because None of the officers had given me the clothing bedding and/or briefs I needed. Second Shift has come on duty and I informed the officer on duty so did my orderly Mark Landreth - I was again waiting for clean clothing, bedding and briefs. This is nothing but cruel and unusual punishment forcing me to lay in a bed soaked with urine. My cell smells like urine the smell is so strong. I am sitting in my wheelchair soaked in a pair of shorts with my wheelchair cushion soaked in urine. I requested to see the Sgt on duty - the officer said he would let her know. At 7PM on 9-3-26 Sgt Afford came to my cell and I explained everything to her. She got my orderly out of his cell to clean off my bedding and went to get bedding, clothing and see about getting some briefs - Sgt Afford got me a bed roll, pants and T-Shirt. 9-4-26 I informed officer Outlaw my bed was soaked with urine and needed my bed sheets changed. Again I have informed the Nurse I needed briefs and I have an order for them. Still I do not have them. I made a request through officer Outlaw to see the Asst Unit Manager Ms. Jens. Orderly changed my bed sheets bed mattress cover again on 9-4-26 PM. Again bed soaked in urine. 9-5-26 Bed soaked with urine. 9-7-26 officer got new bed roll, sheets No new clothing - No pants - Still medical refuses to give me any briefs saying I do not [illegible] [illegible] [illegible] but the

past 12 months I have been given 120 pair per month-
The order from Provider Rowen Barnes reads: 4 pair
per Day - which equals To 120 pair per month
9-9-26 Still have not been given any briefs To wear To contain
my urine. Every single day my bed is soaked with urine, my clothing
is soaked with urine. Medical is aware that I do not have any
briefs and they continue To refuse To give me any briefs forcing
me to lay on a bed with mattress cover sheet soaked in urine
forcing me to wear clothing soaked in urine. This has been going on
for 2 weeks and no body is doing anything about it No one in
Medical is doing anything its their job To provide me with briefs
Provider Rowen Barnes wrote the order for 4 pr of briefs per day
equaling 120 pair per month and I have had none in the pass 2
weeks - This is Deliberate Indifference To medical needs
and cruel and unusual punishment forcing me To wear clothing
that is soaked in urine, laying in a bed that is soaked in urine, sheets,
mattress cover, blanket - everything
9-8-26 Orderly had to change my entire bed mattress cover, both sheets
because entire mattress was soaked including my clothing. Medical is aware
I am incontinent but refuses To provide me with briefs like they have been
doing for the past year. I am being continued to live with urine soaked sheets
and clothing because Medical refuses to provide me with briefs 9-9-26 Spoke To
Asst Unit Manager Jeans about briefs, bedding and clothing still received nothing again
9-10-26 [illegible] I [illegible] that

P-5

my briefs were in Main Medical but was told not to give them to me - wait another 10 days

This is a clear case of Deliberate Indifference to medical care and cruel and unusual punishment being forced to lay in a bed soaked with urine and being forced to wear clothing soaked in urine.

I ask this Court to hold a hearing immediately and allow me to call witnesses, both prisoners and Correctional officers to prove these facts

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☐ Yes ☐ No

If no, explain why not:

This is an emergency situation – also filed along with this lawsuit is a motion for an IMMEDIATE Hearing asking for an injunction and an immediate order from this court; per: To provide medical care and medical equipment needed by Plaintiff

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1) An Order for Injunction:
(2) Compensatory Damages in the Amount of $50,000 dollars from each defendant
(3) Punitive Damages in the Amount of 250,000 dollars for each defendant found guilty of denying, delaying and Deliberate Indifference to Plaintiff's medical needs; And for the causing of Plaintiff to be forced to lay in urine soaked bedding day after day; And: For causing plaintiff to be forced to wear urine soaked clothing day after day

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? several

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Ballard vs Lt. Artis 5-24-CT-03193-BO
Ballard vs Capt Raymond 5-23-CT-03265-M

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

Robert Ballard

Dated | Plaintiff's Signature

Robert Ballard

Printed Name

0017263

Prison Identification #

PO Box 506 | Maury | NC | 28554

Prison Address | City | State | Zip Code

I swear under the penalty of perjury every thing stated herein is true and correct to the very best of my knowledge